JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR., <br> Petitioner, <br> vs. <br> RONALD DAVIS, WARDEN, <br> Respondent. | Case No. EDCV 15-02658-RGK (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 1/13/16

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE